AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:23-cv-3932, 2:23-cv-4255 |
| In re Stanley Steemer International Data Breach Litigation | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* The class recover from the defendant *(name)* Stanley Steemer International, Inc. the amount of the amount agreed upon in the settlement dollars ($ ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.00 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

☒ other: by Order of Chief Judge Sarah D. Morrison.
.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

☒ decided by Judge Sarah D. Morrison on a motion for .

Date: 05/30/2025

*CLERK OF COURT*

s/Maria Rossi Cook

*Signature of Clerk or Deputy Clerk*