# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| *In re Stanley Steemer International Data Breach Litigation,* | Case No. 2:23-cv-3932 <br><br> Judge Sarah D. Morrison <br><br> Magistrate Judge Elizabeth P. Deavers |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Marc Huber and Phillip Seabrook ("Plaintiffs"), together with Defendant, Stanley Steemer International, Inc. ("Defendant") (collectively the "Parties"), by and through their respective attorneys, hereby inform the Court that the Parties have reached a class-wide settlement of Plaintiffs' claims, which will require the Court's approval. The Parties anticipate filing the Motion for Preliminary Approval within 45 days and respectfully request that the case be stayed, and all pending dates be stricken.[1]

Dated: October 3, 2024                                    Respectfully submitted,

By:/s/ *Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
cmiller@straussborrelli.com

Andrew J. Shamis, Esq.
Ohio Bar No. 100846
Leanna A. Loginov, Esq. (*pro hac vice*)

By: /s/ *John Mills*_____
Joseph Salvo (*pro hac vice*)
John T. Mills (*pro hac vice*)
Robert P. Lynch, Jr. (0072037)
rplynch@grsm.com
41 South High Street, Suite 2495
Columbus, Ohio 43215
Tel: (614) 340-5558
Fax: (614) 360-2130
jsalvo@grsm.com
jtmills@grsm.com
*Attorneys for Defendant*

---

[1] This matter is currently stayed until October 9, 2024. ECF 44.

NY Bar No. 5894753
**SHAMIS GENTILE**
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com
lloginov@shamisgentile.com

Kevin Laukaitis (*pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Christopher Weist
Ohio Bar No. Ohio 0077931
25 Town Center Blvd., Suite 104
Crestview, KY 41017
Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

Mason A. Barney
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

*Attorneys for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on October 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 3rd day of October, 2024.

        STRAUSS BORRELLI PLLC

        By:  */s/ Raina C. Borrelli*
        Raina C. Borrelli (*pro hac vice*)
        S*TRAUSS* B*ORRELLI* PLLC
        980 N. Michigan Avenue, Suite 1610
        Chicago, IL 60611
        Telephone: 872.263.1100
        raina@straussborrelli.com